*Ephraim Baldwin* v. *Asa Eddy et al.* W. W. FROTH-INGHAM and M. T. REYNOLDS, for complainant; S. STEVENS, for defendants. Decretal order appealed from affirmed with costs.

*Elias Pond* v. *Joshua Wilber et al.* S. STEVENS, for appellant; G. H. MUMFORD, for respondents. Decided that

Usury.

Selling mortgage of third person at a discount.

where a person, upon applying to another for a loan of money, agrees to procure the bond and mortgage of a third person, and sell it to the lender at a discount, after guarantying the payment thereof, such agreement is not usurious or illegal.

Decree appealed from affirmed with costs.

*Barent P. Staats et al.* v. *Becker Bicknell et al.* C. STEVENS, for complainants; R. W. PECKHAM, for defendant Bicknell. Motion to dissolve injunction granted. Costs of defendant, Bicknell, to abide the event.